

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2020

No. 04-20-00276-CV

Beverly **STRAUB**,
Appellant

v.

**PRESCA HOLDING LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-07873
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on August 31, 2020. Before the extended due date, Appellant filed an unopposed second motion for extension of time to file the brief until September 15, 2020.

Appellant's motion is GRANTED. Appellant's brief is due on September 15, 2020. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2020.

_____
Michael A. Cruz,
Clerk of Court